# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2023-0488**
Reginald Renard Macon v State of Alabama (Appeal from Houston Circuit Court:
CC-93-1043.62)

## NOTICE

You are hereby notified that on August 30, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk